1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA,

    Plaintiff,

  v.

,

    Defendant.

Case No.  24-cv-05778-PCP

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Re: Dkt. Nos. 1, 4

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

Honorable Araceli Martínez-Olguín for consideration whether the case is related to 24-cv-05252-

AMO.

    **IT IS SO ORDERED.**

Dated: September 20, 2024

_____

P. CASEY PITTS
United States District Judge